FILED
MAR 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

vs.

HAYWARD POLICE DEPARTMENT, OFFICER MILLER, OFFICER CLIFFORD, CHIEF DIANE URBAN, CITY OF HAYWARD, et. al., individually and officially capacities Defendant.

CASE NO. C 13 1092 SI (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, DENNIS LAMAR JAMES, JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_      Net: ___

Employer: ___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __I AM DISABLED, ON S.S.I.!__
5  _____
6  _____
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a. Business, Profession or            Yes ___ No ✓
10         self employment
11     b. Income from stocks, bonds,        Yes ___ No ✓
12         or royalties?
13     c. Rent payments?                     Yes ___ No ✓
14     d. Pensions, annuities, or              Yes ___ No ✓
15         life insurance payments?
16     e. Federal or State welfare payments,     Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 __BEEN INCARCERATED FOR OVER A YEAR, SO S.S.I__
22 __ELAPSED!__
23 3. Are you married?                               Yes ___ No ✓
24 Spouse's Full Name: __N/A__
25 Spouse's Place of Employment: __—__
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ __—__         Net $ __—__
28 4.    a. List amount you contribute to your spouse's support:$ __—__

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_N/A_

5. Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $ —  Amount of Mortgage: $ —

6. Do you own an automobile?    Yes ____ No ✓

Make — Year — Model —

Is it financed? Yes — No — If so, Total due: $ —

Monthly Payment: $ —

7. Do you have a bank account? Yes ____ No ✓ (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _N/A_

Present balance(s): $ —

Do you own any cash? Yes ✓ No ____ Amount: $ _1.40_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

8. What are your monthly expenses?

Rent: $ —    Utilities: —

Food: $ —    Clothing: —

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| — | $ — | $ — |
| — | $ — | $ — |
| — | $ — | $ — |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓  No ___, but different incidents!

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

DENNIS JAMES v. H.P.D (C 10-4009 SI) U.S. DISTRICT COURT

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 05, 2013                     /s/ Dennis James
DATE                               SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __James, Dennis__ for the last six months at __Santa Rita Jail__ [prisoner name] where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __4.17__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __4.40__.

Dated: 2/27/13

__[signature]__ Acct Sp
[Authorized officer of the institution]

PFN/AJIS: BDE373     HFA: SRJ    NAME: JAMES, DENNIS LAMAR      ACCT BAL:        1.40

| TRANS DATE | RECEIPT HFA | RECEIPT NUMBER | TRANSACTION CODE LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|
| 02/04/12 | SRJ | 17-23217 | CBKG CR NBOK | .00 | .00 | W:932 |
| 02/04/12 | SRJ | 17-23217 | CNEW CR NBKD | 179.00 | 179.00 | |
| 02/06/12 | SRJ | SJ-37978 | DNBG DB B BA | 1.63- | 177.37 | |
| 02/13/12 | SRJ | TV-69418 | DRLS DB RLSE | 177.37- | .00 | |
| 02/19/12 | SRJ | 17-19016 | CBKG CR NBOK | .00 | .00 | |
| 02/21/12 | SRJ | SJ-43091 | DNBG DB B BA | .00 | .00 | |
| 03/13/12 | SRJ | SJ-49679 | DMED DB MED | .00 | .00 | |
| 04/16/12 | SRJ | SJ-59470 | DMED DB MED | .00 | .00 | |
| 09/16/12 | SRJ | SK-01948 | DMED DB MED | .00 | .00 | |
| 11/15/12 | SRJ | SK-18157 | DMED DB MED | .00 | .00 | |

932 W:RECEIPT HAS ADJ(S) POSTED           338 PRESS PA1 FOR NEXT PAGE

INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: BDE373    HFA: SRJ    NAME: JAMES, DENNIS LAMAR    ACCT BAL:    1.40

| TRANS DATE | RECEIPT HFA | RECEIPT NUMBER | TRANSACTION CODE LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|
| 12/17/12 | SRJ | TM-36994 | CMAI CR MAIL | 25.00 | 25.00 | |
| 02/22/13 | SRJ | SK-44517 | DCOM DB COMM | 23.60- | 1.40 | |