UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 13-1092 SI (pr) |
| Plaintiff, | **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HAYWARD POLICE DEPARTMENT; et al., | |
| Defendants. | |

In this action, plaintiff contends that he was unlawfully arrested and subjected to excessive force by members of the Hayward Police Department on March 23, 2011. Defendants have moved for summary judgment. On July 1, 2014, the court stayed the action due to plaintiff's temporary placement at Napa State Hospital, set a case management conference for December 11, 2014, and required plaintiff to provide a telephone number at which he could be contacted for the case management conference. Docket # 26. In a second case he filed, plaintiff recently sent to the court a notice in which he provided the requested telephone number and stated that (a) he remains at Napa State Hospital undergoing treatment, (b) he has no set release date, (c) he has an upcoming court date on December 5, 2014, and (d) he was found not guilty by reason of insanity of an unidentified crime. Docket # 40 in *James v. Oakland Police Dept.*, Case No. C 13-011 SI.

In light of the foregoing, and for the reasons stated in the order to stay proceedings, the court concludes that lifting the stay or holding a case management conference would not be

beneficial at this point in time. The preferable course is to keep the stay in place and set a case management conference in several months to reassess the situation. Accordingly,

(1) The case management conference set for December 11, 2014 is VACATED. A case management conference will be held at **4:15 p.m. on Wednesday, April 29, 2105.**

(2) Plaintiff must notify the court and opposing counsel for all defendants within **ten days** of his release from Napa State Hospital, regardless of whether that release is to county jail, state prison or elsewhere.

(3) Plaintiff must file a notice no later than **January 9, 2015** in which he identifies the crime(s) of which he was found not guilty by reason of insanity at the trial in July 2013. This information will give the court some information about how long plaintiff may be at the hospital.

IT IS SO ORDERED.

Dated: November 17, 2014

_____
SUSAN ILLSTON
United States District Judge