JAMES HOVARD (No. 300034) (james.hovard@dechert.com)
JAMES RAGON (No. 260473) (james.ragon@dechert.com)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Counsel for Plaintiff
Dennis Lamar James Jr.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS LAMAR JAMES<br><br>Plaintiff,<br><br>vs.<br><br>Hayward Police Department; et. al.,<br><br>Defendants. | No. 3:13-cv-01092 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the captioned matter, by and through their respective counsel hereby stipulate and respectfully request the Court to continue the Case Management Conference presently set for April 10, 2015 to **May 1, 2015** at 3:00 p.m., with case management statements due no later than one week before the case management conference.

Good cause exists for this continuance, as this case management conference was also in conjunction and covering the exact same subject matter as Case No. C-13-011 SI, which has already been continued to this date and time.

Stipulation to Continue Case Management Conference
No. 3:13-cv-01092 SI                        1

Respectfully submitted,

Dated: April 2, 2015           By: /s/ James Hovard

                                                       James Hovard
*Attorneys for Plaintiffs*
Dennis Lamar James Jr.

Dated: April 2, 2015           By: /s/ Joseph Brick

                                                       Joseph Brick
*Attorney for Defendant*
City of Hayward

## ORDER

GOOD CAUSE BEING SHOWN, the case management conference presently set for April 10, 2015 is hereby continued to **May 1, 2015 at 3:00 p.m.**  Case management statements shall be filed no later than one week before the case management conference.

DATED: 4/3/15

_____
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Case Management Conference
NO. 3:13-CV-01092 SI