**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

    v.

HAYWARD POLICE DEPARTMENT; et al.,

    Defendants.
                                        /

No. C 13-1092 SI (pr)

**ORDER EXTENDING DEADLINES**

      Plaintiff has requested an extension of the deadline to file his opposition to defendants' motion for summary judgment. Upon due consideration, plaintiff's request is GRANTED. Docket # 43, # 44. No later than **October 27, 2015**, plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment. *No further extensions of this deadline should be expected because, by the time it arrives, plaintiff will have had four months to prepare his opposition.* No later than **November 9, 2015**, defendants must file and serve their reply brief, if any.

      Plaintiff has requested appointment of counsel to assist him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved and the likelihood of success on the merits. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Plaintiff's hospitalization presents an unusual circumstance, but the attorney appointed to investigate his competency to proceed has reported that he is competent. *See* Docket # 38. Plaintiff had no problem articulating his claims

in this action (including municipal liability) at a time when he presumably had the same mental illness he now has. He also has filed several prior actions in which he has ably represented himself. There also appears to be a low likelihood of success on the merits. Exceptional circumstances requiring the appointment of counsel are not present in this action. Plaintiff's request for appointment of counsel therefore is DENIED. Docket # 44 at 1.

IT IS SO ORDERED.

Dated: September 8, 2015

_____
SUSAN ILLSTON
United States District Judge