UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  13-cv-01092-SI  (NJV)<br><br>**ORDER SETTING SCHDULING CONFERENCE** |

This case has been referred to the undersigned for a settlement conference.  Accordingly, the matter is set for a telephonic scheduling conference on March 15, 2016, at 1:00 p.m.  The parties may attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: March 4, 2016

NANDOR J. VADAS
United States Magistrate Judge