UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES,

    Plaintiff,

v.

HAYWARD POLICE DEPARTMENT, et al.,

    Defendants.

Case No.  13-cv-01092-SI   (NJV)

**ORDER RETURNING CASE TO PRESIDING JUDGE**

On February 12, 2016, District Judge Illston referred this matter to the undersigned for a settlement conference.  (Doc. 55.)  The court set a scheduling conference for March 15, 2016.  (Doc. 56.)  Plaintiff failed to appear at the scheduling conference.  (Doc. 58.)  The court set the settlement conference for July 20, 2016, and set a status conference for July 5, 2016.  (Doc. 58.)  Plaintiff failed to appear for the status conference on July 5, 2016.  (Doc. 59.)  In light of Plaintiff's failure to appear for two consecutive hearings, the court is unable to conduct a settlement conference in this case.  Accordingly, the court hereby returns the case to District Judge Illston.

**IT IS SO ORDERED**.

Dated: July 7, 2016

NANDOR J. VADAS
United States Magistrate Judge