United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>       Plaintiff,<br><br>   v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>       Defendants. | Case No.  13-cv-01092-SI<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING ACTION**<br><br>Re: Dkt. No. 61 |

Plaintiff's motion for appointment of counsel is GRANTED.  (Dkt. No. 61.)  Plaintiff, having requested and being in need of counsel to assist him in this matter, plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

      (1)    The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order and (b) a memorandum outlining the facts and procedural posture of the action.

      (2)    Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

      (3)    All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

      **IT IS SO ORDERED**.

Dated:  August 2, 2016

_____

SUSAN ILLSTON
United States District Judge