UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 13-cv-01092-SI<br><br>**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

On August 2, 2016, the court referred this action to the Federal Pro Bono Project to find counsel interested in representing plaintiff in this action. A representative from the Federal Pro Bono Project has informed the court that attorneys David Fermino and Andrew Muir of the law firm of Sideman & Bancroft LLP, located at One Embarcadero Center, 22nd Floor, San Francisco, CA 94111, are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

Accordingly, attorneys David Fermino and Andrew Muir of Sideman & Bancroft LLP are hereby appointed as counsel for plaintiff for all purposes in this action. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

All proceedings are stayed until four weeks from the date of this order.

The court will hold a case management conference at **3:00 p.m. on September 23, 2016**. The parties shall file a joint case management statement no later than **one week** before the case management conference. The court is particularly interested in setting a discovery schedule and trial date, and expects the joint case management statement to (a) identify the specific discovery

that remains to be done, (b) propose a schedule for the completion of that discovery, and (c) propose mutually available trial dates, preferably within the next four to eight months.

**IT IS SO ORDERED**.

Dated: August 17, 2016

_____
SUSAN ILLSTON
United States District Judge