UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS LAMAR JAMES,

    Plaintiffs,

    v.

HAYWARD POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 13-cv-01092-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 3, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 31, 2017.

DESIGNATION OF EXPERTS: 4/28/17; REBUTTAL: n/a ;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 5/26/17.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 29, 2017;
    Opp. Due: February 12, 2017; Reply Due: February 19, 2017;
    and set for hearing no later than March 3, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 6, 2017 at 3:30 PM.

JURY TRIAL DATE: June 19, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be produced on 11/4/16.
The deadline to mediate the case is 3/31/17.
Plaintiff was granted leave to serve Officer Clifford.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/31/16

_____
SUSAN ILLSTON
United States District Judge