UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUANITA BROWN,

    Plaintiffs,

  v.

HAYWARD POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 13-cv-01092-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DESIGNATION OF EXPERTS: 3/16/18; REBUTTAL: 3/30/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 13, 2018.

PRETRIAL CONFERENCE DATE: June 12, 2018 at 3:30 PM.

TRIAL DATE: June 25, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall set up a follow up settlement conference with Magistrate-Judge Laporte,

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 12/18/17

    SUSAN ILLSTON
    United States District Judge